IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STONEX COMMODITY SOLUTIONS
LLC f/k/a FCSTONE MERCHANT
SERVICES, LLC, a Delaware Limited
Liability Company,

    Plaintiff,

v.                                                1:23-cv-00735-MLG-LF

THOMAS BUNKLEY III,

    Defendant.

## **ORDER**

THIS MATTER comes before the Court on a Rule 16 Initial Scheduling Conference. The Court discussed the pending Motion for Leave to File First Amended Original Answer (Doc. 28) and Partial Motion for Summary Judgment (Doc. 27) with counsel. Both sides agreed that a scheduling order should be entered only after those motions are decided. Therefore, the Court finds good cause to delay entering a scheduling order and will set a new Initial Scheduling Conference once dispositive motions are decided.

Upon agreement of the parties, the Court also extends the deadlines for Plaintiff's response and reply, respectively, to these motions. IT IS THEREFORE ORDERED THAT:

1. Plaintiff's response to defendant's Motion for Leave to File First Amended Original Answer (Doc. 28) shall be filed by March 21, 2024; and

2. Plaintiff's reply in support of its Partial Motion for Summary Judgment (Doc. 27) shall be filed by March 21, 2024.

IT IS SO ORDERED.

_____
Laura Fashing
United States Magistrate Judge