# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

StoneX Commodity Solutions LLC,

   -vs-                                                                                                                                           No. 23-CV-00735-MLG-LF

Bunkley III,

## CLERK'S ENTRY OF DEFAULT

It appearing from the files and records of this Court as of 4/24/2025, that Defendant, Thomas Bunkley III, against whom judgment for affirmative relief is sought in this action, has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure; now, therefore,

**I, MITCHELL R. ELFERS**, Clerk of said Court, pursuant to the requirements of Rule 55(a) of said rules, do hereby enter the default of Defendant, Thomas Bunkley III.

DATED at Albuquerque, New Mexico, this 24th day of April 2025.

                                                                                 /s/MITCHELL R. ELFERS
                                                                                 **MITCHELL R. ELFERS**
                                                                                 **CLERK, U. S. DISTRICT COURT**