IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STONEX COMMODITY SOLUTIONS LLC,
a Delaware Limited Liability Company,
f/k/a FCStone Merchant Services, LLC,

    Plaintiff,

v.                                                      No. 1:23-cv-00735-MLG-LF

THOMAS BUNKLEY III,

    Defendant.

### ORDER TO FILE CLOSING DOCUMENTS PER SETTLEMENT AND STAYING CASE DEADLINES

The parties have notified the Court that they have reached a negotiated resolution in this matter and request a sixty-day stay to file closing documents. Doc. 103 at 1.

IT IS THEREFORE ORDERED that closing documents must be filed no later than **Monday, December 01, 2025**, absent a written motion showing good cause for an extension. All remaining deadlines are stayed for 60 days.

_____
Laura Fashing
United States Magistrate Judge