# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

STONEX COMMODITY SOLUTIONS LLC,
f/k/a FCStone Merchant Services, LLC

    Plaintiff,

v.                                                                                     No. 1:23-cv-00735-MLG-LF

THOMAS BUNKLEY III,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Stonex Commodity Solutions LLC, f/k/a FCStone Merchant Services, LLC ("Plaintiff") and Defendant Thomas Bunkley III ("Defendant"), by and through their respective counsel of record and hereby stipulate as follows:

1.    The Parties have entered into a settlement agreement which resolves all claims and defenses in this case.

2.    The Parties stipulate this case be dismissed with prejudice pursuant to Fed. R.Civ. P. 41(a)(1)(A)(ii), with each party to bear their own attorneys' fees and costs.

JOINTLY SUBMITTED AND APPROVED BY:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By */s/ Debashree Nandy*
    Eric R. Burris
    Debashree Nandy
    201 Third Street NW, Suite 1800
    Albuquerque, New Mexico 87102-4386
    Telephone: (505) 244-0770
    Email:  eburris@bhfs.com; rnandy@bhfs.com

POLSINELLI PC
Michael L. Schuster (admitted *pro hac vice*)
1401 Lawrence Street, Suite 2300
Denver, CO  80202
Phone: (720) 931-1188
Email: mschuster@polsinelli.com

Jane Pearson
1000 2nd Ave, Suite 3500
Seattle, WA 98104
Phone: (206) 393-5415
Email: jane.pearson@polsinelli.com

*Attorneys for Plaintiff StoneX Commodity Solutions LLC*

CHARHON CALLAHAN ROBSON & GARZA, PLLC

By */s/ Brett Charhon*
    Brett Charhon
    Paul Williams
    3333 Lee Parkway, Suite 460
    Dallas, TX 75219
    Telephone: 214.521.6400
    Email: bcharhon@ccrglaw.com; pwilliams@ccrglaw.com

THE WARD LAW FIRM
Vincent J. Ward
P.O. Box 7940
Albuquerque, NM 87194
Telephone: 505.944.9454
Email: vincent@wardlawnm.com

*Attorneys for Defendant Thomas Bunkley III*
36494347