IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STONEX COMMODITY SOLUTIONS, LLC
f/k/a FCStone Merchant Services, LLC

    Plaintiff,

v.                                                          Case No. 1:23-cv-00735-MLG-LF

THOMAS BUNKLEY III

    Defendant.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Notice Memorializing Voluntary Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case. It is ordered that this civil action is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA